NUMBERS
13-02-675-CV
13-04-441-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
______________________________ __________________________
 
J & E OIL CO., INC. AND JERRY BARTH,                           Appellants,

v.

ALON USA, L.P.,                                                               Appellee.
_____________________________________________ ____________

On appeal from the 206th District Court of Hidalgo County, Texas.
_________________________________________ ________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Opinion Per Curiam

         Appellants/cross-appellees, J & E Oil Co., Inc. and Jerry Barth, perfected an
appeal from a judgment entered by the 206th District Court of Hidalgo County, Texas,
in cause number 99-2271-A. Appellee/cross-appellant, Alon USA, L.P. perfected an
appeal from the same judgment. After the record and briefs were filed,
appellants/cross-appellees J & E Oil Co., Inc. and Jerry Barth, and appellee/cross-appellant, Alon USA, L.P.,filed a joint motion to dismiss the appeals. The parties state
that J & E Oil Co., Inc., Jerry Barth, and Alon, USA, L.P. have reached an agreement
to settle and compromise their differences. These parties ask the Court to sever and
dismiss the portion of the appeal regarding J & E Oil Co., Inc. and Jerry Barth’s appeal
against Alon USA, L.P. and to sever and dismiss the portion of the appeal regarding
Alon USA, L.P.’s cross-appeal against J & E Oil Co., Inc. and Jerry Barth. J & E Oil
Co., Inc. and Jerry Barth’s appeal against Alon USA, L.P. and Alon USA, L.P.’s cross-appeal against J & E Oil Co., Inc. and Jerry Barth is severed from the original appeal
and is docketed under cause number 13-04-441-CV. 
         Having considered the joint motion to dismiss and the documents on file, this
Court is of the opinion that the motion should be granted. The joint motion to dismiss
the appeal as to appellants/cross-appellees, J & E Oil Co., Inc. and Jerry Barth and
appellee/cross-appellant, Alon USA, L.P., and the cross-appeal as to appellee/cross-appellant, Alon USA, L.P., and appellants/cross-appellees, J & E Oil Co., Inc. and Jerry
Barth, in cause number 13-04-441-CV is hereby granted. The appeal and cross-appeal 
as to those parties are DISMISSED. 
         The remaining issues in the appeal will remain docketed under cause number 13-02-675-CV.
                                                                        PER CURIAM

Memorandum Opinion delivered and filed this
the 2nd day of September, 2004.